### Ex parte ALFORD GUYER.

No. A-7225. Opinion Filed May 10, 1930.
(288 Pac. 371.)

Robert W. Maupin, for petitioner.

The Attorney General and Smith C. Matson, Asst. Atty. Gen., for the State.

CHAPPELL, J. Petitioner filed his petition in this case on the 22d day of November, 1928. No briefs have been filed, and no request for hearing has been made thereon. It appearing that pending the hearing on this petition the petitioner has completed the term for which he was sentenced, the questions raised have thus become moot, and the cause is therefore dismissed.

EDWARDS, P. J., and DAVENPORT, J., concur.